IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL WRIGHT,

      Plaintiff,                    No. 2:09-cv-2349 MCE JFM (PC)

   vs.

DOROTHY E. SWINGLE, et al.,

      Defendants.          <u>ORDER</u>

                             /

       On June 21, 2010, plaintiff filed a motion for a trial date. By order dated March 9, 2010, the parties were advised that a pretrial conference and date for trial would be set following adjudication of any dispositive motion or the expiration of time for filing such a motion. All such motions must be filed on or before August 27, 2010. Accordingly, plaintiff's request is denied without prejudice.

DATED: July 20, 2010.

                                               UNITED STATES MAGISTRATE JUDGE

/014.wrig2349.req

1