IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL WRIGHT,

     Plaintiff,                  No. 2:09-cv-2349 MCE JFM (PC)

    vs.

DOROTHY E. SWINGLE, et al.,

     Defendants.          <u>ORDER</u>

                                /

        On August 26, 2010, defendants filed a motion for extension of time to file a motion for summary judgment.

        Good cause appearing, IT IS HEREBY ORDERED that defendants shall file a motion for summary judgment on or before September 17, 2010.

DATED: September 6, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.wrig2349.eot